IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA SYKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

TO: THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Now Comes Defendant Outback Steakhouse of Florida, LLC ("Outback Steakhouse"), by and through its attorneys, Sanchez Daniels & Hoffman LLP, and respectfully submits this Notice of Removal of the above-captioned cause from the Circuit Court of Cook County, State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1332 and § 1441, and states as follows:

1. This action is being removed to federal court based upon the following jurisdictional base: diversity of citizenship under 28 U.S.C. § 1332.

2. On November 6, 2020, Laura Sykes ("Plaintiff") filed in the Circuit Court of Cook County, State of Illinois, the above-captioned civil action, case no. 2020 L 011908, in the records and files of that Court.

3. The United States District Court for the Northern District of Illinois, Eastern Division, has original jurisdiction over this matter pursuant 28 U.S.C. § 1332 and is one that may be removed by Defendant pursuant to 28 U.S.C. § 1441(a).

4. This Court has subject matter jurisdiction over this matter because this is an action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Plaintiff is a natural people who is domiciled in the State of Illinois. Plaintiff is a citizen of the State of Illinois.

6. Defendant Outback Steakhouse of Florida, LLC is a limited liability company organized under the laws of the State of Florida. OSI Restaurant Partners, LLC is the sole member of Outback Steakhouse of Florida, LLC. OSI Restaurant Partners, LLC is a limited liability company organized under the laws of the State of Delaware. OSI HoldCo, Inc. is the sole member of OSI Restaurant Partners, LLC. OSI HoldCo, Inc. is a corporation incorporated in the State of Delaware and has its principal place of busines in the State of Florida. Defendant is a citizen of the States of Delaware and Florida.

7. The complaint alleges that Plaintiff slipped and fell at a restaurant owned and operated by Defendant, sustaining personal injury.

8. Plaintiff claims damages in excess of $75,000. Therefore, the amount in controversy exceeds $75,000 exclusive of fees and costs.

9. This action is therefore one of which the United States District Court for the Northern District of Illinois, Eastern Division, has diversity of citizenship jurisdiction under 28 U.S.C. § 1332 and § 1441(a) and this action may be removed by this Court by petitioner pursuant to 28 U.S.C. § 1441(a).

10. This petition is being filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of service of the initial pleading upon Defendant in which a removable claim is asserted, and is

removable in that the time for filing this petition under 28 U.S.C. § 1446 has not expired. Defendant was served with the complaint and summons in this matter on November 17, 2020.

11. Therefore, Defendant files this Notice of Removal of this action from the Circuit Court of Cook County, State of Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. There are attached to this notice and incorporated by reference, true and correct copies of all process, pleadings, and orders, if any, served upon defendants in this action.

Respectfully Submitted,

One of the Attorneys for Defendant

By: /s/ Edric S. Bautista

Manuel Sanchez (Bar No. 2451484)
Edric S. Bautista (Bar No. 6285719)
Sanchez Daniels & Hoffman LLP
333 W. Wacker Drive, Ste. 500
Chicago, Illinois 60606
T (312) 641-1555
F (312) 641-3004
msanchez@sanchezdh.com
ebautista@sanchezdh.com