Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
11/6/2020 10:26 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L011908

FILED DATE: 11/6/2020 10:26 AM 2020L011908

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAURA SYKES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, LAURA SYKES, by and through her attorneys, DEUTSCHMAN & SKAFISH, P.C., complaining of the Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC, and states as follows:

1. That on and prior to October 12, 2019, the Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC, owned, operated, controlled, maintained and managed a certain restaurant known as Outback Steakhouse located at or near 15608 S. Harlem Avenue, in the Village of Orland Park, County of Cook, and State of Illinois.

2. That on October 12, 2019, the Plaintiff, LAURA SYKES, was a business invitee upon the premises of the restaurant in question, as she was there to eat with family.

3. That at all times mentioned herein, there was in full force and effect a certain statute of the State of Illinois commonly known as the Premises Liability Act, Chapter 740, Illinois Compiled Statutes, Section 130/1 *et sequitur* and this complaint is brought pursuant to this statute.

4. That at all times mentioned herein, Defendant, through its agents, servants and employees, had the duty to control, manage and maintain the premises with reasonable care so as to avoid injury to persons lawfully upon said premises.

5. That on the aforementioned date, a defective condition existed in that there was water on the floor of the restaurant, near the sink in the bar area, on the path commonly used by customers to go to and from the bathroom.

6. That the Defendant had actual notice of the condition as it had been created by its own employees spilling water and was known to other employees

7. That the Defendant knew or should have known that allowing a puddle of water to exist on the restaurant floor where customers walked, would be hazardous to business invitees and other members of the public including Plaintiff.

8. That on said date, the Plaintiff, while walking to or from the bathroom, was caused to slip and fall on the water described above.

9. That the Plaintiff was injured as a direct and proximate result of the negligence of the Defendant, through its authorized agents, servants and employees, in causing said condition and permitting said condition to exist and remain for an unreasonable length of time after Defendant knew or should have known of its existence.

10. That on and prior to October 12, 2019, the Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC, by and through their duly authorized agents, servants and employees, were then and there guilty of one or more of the following negligent acts and/or omissions:

(a) Causing its property to contain pooled up water on the floor of the restaurant;

(b) Allowing its property to contain pooled up water on the floor of the restaurant;

(c) Failing to remove the water from the restaurant floor within a reasonable amount of time;

(d) Failing to block or barricade a dangerous condition on its property;

(e) Failing to properly warn invitees of a dangerous condition on its property with signs, cones, or other warning devices; and

(f) Being otherwise negligent in causing and allowing the hazardous and dangerous condition to exist.

11. That as a direct and proximate result of one or more of the foregoing wrongful and negligent acts and/or omissions of the Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC, Plaintiff sustained personal injuries that are permanent in nature, has lost and will in the future lose financial gains to which she otherwise would have made and acquired, has been and will in the future be kept from attending to her ordinary affairs and duties, has been and will become liable for sums of money for hospital and medical care and attention.

WHEREFORE, Plaintiff, LAURA SYKES, asks judgment of the Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC, in a fair and reasonable sum greater than ($50,000.00) FIFTY THOUSAND DOLLARS, plus costs of this suit.

Respectfully submitted,

By:_____
ATTORNEYS FOR PLAINTIFF

Jeffrey S. Deutschman
Bradley A. Skafish
DEUTSCHMAN & SKAFISH, P.C.
77 West Washington Street - Suite 1525
Chicago, IL 60602
(312) 419-1600
Atty. No. 63279
jeff@deutschmanlaw.com
brad@deutschmanlaw.com

FILED DATE: 11/6/2020 10:26 AM 2020L011908

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| LAURA SYKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) |
| | ) |
| Defendant. | ) |

## 222 AFFIDAVIT

I, BRADLEY A. SKAFISH, attorney for the Plaintiff, LAURA SYKES, hereby claims that the amount of damages sought in this claim exceeds $50,000.00.

THE AFFIANT FURTHER SAYETH NAUGHT.

### 1-109 Certification

UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he or she verily believes to be true.

Date: 10/26/2020

Bradley A. Skafish

DEUTSCHMAN & SKAFISH, P.C.
77 W. Washington Street
Suite 1525
Chicago, Illinois 60602
(312) 419-1600